**Opinion issued September 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00880-CV

———————————

## IN RE CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO POLICY NO. TMASDWIA3492, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator seeks mandamus relief to compel the trial court to vacate its order denying relator's plea to the jurisdiction and instead, to grant the plea.[1]

We deny the petition. Any pending motions are dismissed as moot.

---

[1] The underlying case is *Bernard and Karen Giesen v. Certain Underwriters at Lloyd's, London Subscribing to Policy Number TMASDWIA3492*, cause number 1123513, pending in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding.

# PER CURIAM

Panel consists of Justices Keyes, Kelly, and Landau.